JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS ALONSO BENITEZ RAMOS,

Petitioner,

v.

ACTING WARDEN, ETC., ET AL.,

Respondents.

No. ED CV 26-5486-E

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner (A# 213-185-445) from detention immediately, subject to reasonable conditions.

DATED: October 2, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE